THE ATTORNEY GENERAL
OF TEXAS
AUSTIN, TEXAS 78711
ATTORNEY GENERAL


February 7, 1975

The Honorable Alton R. Griffin
Criminal District Attorney
Lubbock County Courthouse
Lubbock, Texas 79401

Opinion No. H- 519

Re: Construction of article
1899a, V. T. C. S., with
reference to particular pro-
blems in microfilming
public records.

Dear Mr. Griffin:

You have requested our opinion concerning the operation of
article 1899a, V. T. C. S., insofar as it may authorize the microfilming
of sealed files, such as adoptions, juvenile proceedings, and inquests.

Article 1899a, section 1, V. T. C. S., provides:

> The District Clerk may, pursuant to this duty
> to keep a fair record of acts and proceedings, pro-
> vide a plan for the reproduction by microfilm or
> other process which correctly and legibly reproduces
> or which forms a medium of copying or reproducing
> all records, acts, proceedings held, minutes of the
> court or courts, and including all registers, records,
> and instruments for which the District Clerk is or
> may become responsible by law. The plan shall be
> in writing and shall include provisions for maintenance,
> retention, security, and retrieval of all records so
> microfilmed or otherwise duplicated.

Section 11.17(b), Texas Family Code, provides for the transfer of
the complete file of an adoption proceeding to the State Department of Public
Welfare upon entry of a decree of adoption. Section 4 of article 1899a
allows destruction of instruments and records pertaining to a hearing,

p. 2343

proceeding, or trial only after one year following the time at which
the judgment has become final and the time for an appeal has elapsed
or a mandate which is finally decisive has been issued. Attorney General
Opinion H-466 (1974) construed section 11.17(b) of the Family Code to
allow retention of the adoption file for only a reasonable time, which
would seldom exceed ten days. Therefore the District Clerk is not
authorized to destroy the original file in an adoption proceeding, and,
were he to microfilm such a file, the copy so obtained must be sent to
the Department of Public Welfare. Since the District Clerk has only
temporary custody of the original file and is not authorized to retain a
copy of it, it is our opinion that article 1899a does not authorize the
microfilming of adoption records.

Concerning files and records of juvenile proceedings, section
51.14(c), Texas Family Code, requires a separate filing system from
that relating to adults and provides that the files and records be
maintained only on a local basis. Section 51.14(a) restricts inspection
of these files and records to certain specified persons. Section 51.16(a)
provides for the sealing of these files and records upon the order of a
juvenile court. Upon such an order all files and records pertaining to
the juvenile proceeding involved are to be transferred to the court
issuing the order, all index references to the files and records are to
be deleted, and all future requests concerning the juvenile are to be
properly answered by stating that no record exists. Section 51.16(e).

The clerk has permanent custody of these files and records and
they are therefore " . . . records . . . for which the District Clerk is
or may become responsible by law." Article 1899a. Consequently, the
clerk may microfilm files and records pertaining to juvenile proceedings,
but the system adopted under article 1899a must conform to the confiden-
tiality requirements of the Family Code which are discussed above.

Article 49.22, Code of Criminal Procedure, provides for the
retention by the district clerk of a sealed envelope containing all papers
pertaining to an inquest subject to an order of the court conducting the
inquest. The district clerk is to "safely keep the same." (Emphasis
added). It is our opinion that the clerk's duty being to safely keep the
sealed envelope, he is not authorized by article 1899a to open it and
microfilm the contents without an order of the court conducting the inquest.

## SUMMARY

Article 1899a, V. T. C. S., does not authorize the district clerk to microfilm the file or records of an adoption proceeding.  The district clerk also may not open a sealed envelope containing papers pertaining to an inquest, nor microfilm its contents *except pursuant to an order of the court conducting the inquest.*

Article 1899a authorizes the District Clerk to microfilm the files and records pertaining to juvenile proceedings, but the system which is utilized must meet the confidentiality requirements of the Family Code.

Yours very truly,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

lg